1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MAE BATTAGLIA, | ) | Case No.: C- 07-2083     PVT |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY** |
| | ) | **CASE SHOULD NOT BE DISMISSED** |
| v. | ) | **FOR FAILURE TO PROSECUTE,** |
| | ) | **BASED ON PLAINTIFF'S FAILURE** |
| DONALD R. LEVITT, | ) | **TO APPEAR FOR CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| Defendant. | ) | |
| _____ | ) | |

On April 13, 2007, Defendant Donald R. Levitt, appearing pro se, removed this action from state court to this Court.  On April 27, 2007, Defendant Levitt filed a unilateral request to dismiss this action.  The Court informed Plaintiff's counsel that a Defendant may not unilaterally dismiss an action and that some action was necessary by Plaintiff.   Plaintiff has taken no action to either prosecute or dismiss this case.  Additionally, a Case Management Conference was scheduled on July 31, 2007, at which Plaintiff and Defendant both failed to appear.   Therefore,

IT IS HEREBY ORDERED that, by no later than August 31, 2007, Plaintiff shall file a declaration stating why this case should not be dismissed for failure to prosecute based on Plaintiff's failure to file any documents with this court and Plaintiff's failure to appear at the Case Management Conference.

Dated: August    13, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*